■ In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Marian F. McTague, Admitted in 1985, at a Term of the Appellate Division, Second Department. [746 NYS2d 255] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No

opinion. Concur—Williams, P.J., Nardelli, Mazzarelli, Saxe and Ellerin, JJ. [*See* 247 AD2d 158.]